# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RICARDO FERNANDO GORDON,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **U.S. IMMIGRATION AND CUSTOMS** ) <br> **ENFORCEMENT,** ) <br> ) <br> Respondent. ) | Case No. 16-3110-JWL |
| **RICARDO FERNANDO GORDON,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **U.S. DEPARTMENT OF HOMELAND** ) <br> **SECURITY,** ) <br> Respondent. ) | Case No: 16-3115-JWL |

## ORDER TO SHOW CAUSE

This matter is a petition for habeas corpus filed pursuant to 28 U.S.C. 2241. The court has examined the record and finds that a responsive pleading is required.

IT IS, THEREFORE, BY THE COURT ORDERED that the respondents are hereby required to show cause on or before **June 21, 2016** why the writ should not be granted; that the petitioner shall have until **July 5, 2016** to file a traverse thereto, admitting or denying under oath all factual allegations therein contained; and that the file then be returned to the undersigned judge for such further action as may be appropriate.

Copies of this order shall be transmitted to the parties and to the U.S. Attorney for the District of Kansas.

**IT IS SO ORDERED.**

**DATED: This 6th day of June, 2016, in Kansas City, Kansas.**

<u>s/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**U.S. Senior District Judge**